■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY BAILEY, Appellant. [775 NYS2d 914]—Appeal from a judgment of the County Court of Franklin County (Main, Jr., J.), rendered March 17, 2003, convicting defendant upon his plea of guilty of the crime of attempted promoting prison contraband in the first degree.

Defendant pleaded guilty to the reduced crime of attempted promoting prison contraband in the first degree. He was sentenced as a second felony offender to the agreed-upon sentence of 1¹/₂ to 3 years to be served consecutive to the sentence that he is currently serving. Defense counsel seeks to be relieved of his assignment on the ground that there are no nonfrivolous issues that can be raised on appeal. Upon our review of the record and defense counsel's brief, we agree. The judgment is, accordingly, affirmed and defense counsel's application for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Crew III, J.P., Carpinello, Mugglin, Rose and Lahtinen, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.